MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 06-mj-0108 DAD |
| Plaintiff, ) | PROBATION REVOCATION PETITION, NOTICE OF HEARING and |
| v. ) | ORDER |
| BRANDON J. BERGERON, ) | DATE: May 29, 2007 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Dale A. Drozd |

On May 25, 2006, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Dale A. Drozd:

    1.   Unsupervised court probation for a term of one year;

    2.   A three hundred and fifty ($350) dollar fine and a ten ($10) dollar special assessment, for a total financial obligation of three hundred and sixty ($360) dollars:

        a.   Fine to be paid in payments, first payment due within thirty (30) days of sentencing.

/////

1

The United States alleges that the defendant has violated these conditions as follows:

    1. On Dec. 7, 2006, the defendant paid a total of $100, therefore, upon completion of the one-year term of unsupervised court probation, the defendant will have an unpaid balance of $260 (see attached Exhibit A).

The United States therefore petitions the Court to place this matter on its calendar for 10:00 a.m. on May 29, 2007, to allow the defendant to show cause why the probation granted on May 25, 2006, should not be revoked.

DATED: May 18, 2007                    Respectfully submitted,

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                  By:  /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

## ORDER

It is Hereby Ordered that the defendant appear on May 29, 2007, at 10:00 a.m., to show cause why the probation granted on May 25, 2006, should not be revoked.

IT IS SO ORDERED.

DATED: May 21, 2007.

                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/bergeron0108.ord

2

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on May 17, 2007, he served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Brandon J. Bergeron
2616 Ridge Rd.
Grass Valley, CA. 95945

Tara I. Allen
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

                                           /s/ Benjamin C. Sandel
                                           Benjamin C. Sandel