```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  BENJAMIN C. SANDEL
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, CA. 95814
 5  Telephone: (916) 554-2806

 6

 7             THE UNITED STATES DISTRICT COURT

 8           FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   MAG. NO. 06-108 DAD
                                 )
11            Plaintiff,         )   GOVERNMENT'S MOTION TO DISMISS
                                 )   PROBATION REVOCATION AND
12       v.                      )   [PROPOSED] ORDER
                                 )
13  BRANDON J. BERGERON          )
                                 )   DATE: May 29, 2007
14            Defendant.         )   TIME: 10:00 a.m.
                                 )   JUDGE: Hon. Dale A. Drozd
15  _____

16       The government filed a probation revocation petition on May

17  18, 2007. The defendant has paid his fine and special assessment

18  in full, therefore the government moves to dismiss the petition.

19  DATED: May 23, 2007              McGREGOR W. SCOTT
                                     United States Attorney
20

21
                              By: /s/ Matthew C. Stegman
22                                MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney
23
                                       ORDER
24
    IT IS SO ORDERED:
25
    DATED: May 25, 2007
26

27  [signature: Dale A. Drozd]

28  HON. DALE A. DROZD
    United States Magistrate Judge
```